01-15-00105-CV
01-15-00106-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 4 2015

CHRISTOPHER A. PRINE

CLERK_____

JUVENILE CASE NUMBERS:
98-00746J ; 98-00755J

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE 14th COURT OF APPEALS |
| JOSEPH ABRNARD HINES, RELATOR | § | CASE NO._____ |
| vs. | § | |
| THE HONORABLE JUDGE DEVLIN GLENN, RESPONDENT | § | |

## APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, JOSEPH BARNARD HINES, Relator, in pro se, in the above style and case numbers and files this application for writ of mandamus and will show the Court the following:

### I.

Relator is an offender incarcerated in the TEXAS DEPARTMENT OF CRIMINAL JUSTICE-ID AND CAN be located at 899 f.m. 632, Kenedy, Tx. 78119.

Relator has exhausted his remedies and has no other adequate remedy at law.

### II.

The Court of Appeals has jurisdiction to consider and issue order of writ of mandamus. PADILLA v. McDANIEL, 122 S.W. 3d 805 (TEX.CRIM.APP.2003).

An a district court may be compelled via mandamus to consider and rule on a pending motion presented to the court. see, STATE exrel.CURRY v. GRAY, 726 S.W. 2d 125, 128 (TEX.CRIM.APP.1987).

### III.

The act sought to compelled is ministerial, not discretionary in nature. Relator has properly filed a motion with the 313th district court, sitting as a juvenile court, requesting for an order to be issued for inspection and/or purchase a copy of certification records.

Relator motion was filed on 12-16-14. see, EX-A [motion to inspect, retain, and/or purchase]. Relator the filed a letter with the 313th district court requesting for a ruling on his motion on 1-15-15. see, EX-B [letter requesting a ruling on motion]. But Respondent has abused his discretion where he refuses to consider and rule on Relator's motion.

3

Respondent has a ministerial duty to rule on Relator's motion that has been properly filed before the court.see,WHITE v. REITER,640 S.W. 2d 586,594[TEX. CRIM.APP. 1982].

Fundamental requirements of due process mandates an opportunity to be heard. CREEL v. DISTRICT ATTY. FOR MEDINA COUNTY,818 S.W. 2d 45,46 [TEX.1991]: In Re-CHRISTENSEN,39 S.W. 3d 250[TEX.APP.-AMARILLO 2000].

From Relator's motion and letter,its clear that he has repeatly put Respondent on notice that Relator seeks an order to be issued to inspect/or purchase a certified copy of certification records,and such records are required to proceed in in appealing the order of transfer.

Relator has gone well beyond any requirements or obligations imposed upon him by law. Relator has no other adequate remedy by law to inspect/or purchase a copy of said records.

In contrast to Relator's efforts Respondent has whooly failed to comply with TEX, FAM. CODE ANN.§ 58.003[h],and to adhere to a ministerial duty.

## PRAYER OF RELIEF

WHEREFORE, Relator respectfully request an order to be issued granting his writ of mandamus ordering Respondent to rule on Relator's motion within a reasonable time frame provided by this Court of Appeals.

x

IN THE MATTER OF                        §   IN THE 14th COURT OF APPEALS
JOSEPH BARNARD HINES,             §
        RELATOR                  §   CASE NO.
v.                                      §

THE HONORABLE JUDGE DEVLIN GLENN,      §
        RESPONDENT

### PROPOSE ORDER

On this day, came to be heard the foregoing Relator's motion for leave to issue writ of mandamus and application for writ of mandamus, and it appears to the court that the same should be:

### GRANTED / DENIED

It's further ORDERED, that the Respondent has ____days to rule on Relator's motion.

Signed on this ___day of_____,20__.

<br>

                                  _____

                                  PRESIDING JUDGE

JUVENILE CASE NUMBERS:
98-00746J: 98-00755J


AFFIDAVIT

I, JOSEPH BARNARD HINES,#901768,swear under the penalty of perjury that the facts and allegations in the application for writ of mandamus and motion for leave are true and correct.

signed on  1-31-15.                              x  ⟨signature⟩

UNSWORN DECLARATION

I,JOSEPH B. HINES,#901768,being presently incarcerated in the TEX. DEPT. OF CRIM. JUST.-ID,declare under penalty of perjury that I am the affivant in this affidavit and the facts and allegations are true and correct.

executed on 1-31-15.                             x  ⟨signature⟩

6

CAUSE NO. 98-007465
98-007555

IN THE MATTER OF      ✳      IN THE 313TH JUVENILE DISTRICT

JOSEPH BARNARD HINES,      ✳      COUNTY OF

         MOVANT      ✳      HARRIS COUNTY, TEXAS

## MOTION TO INSPECT, RETAIN, AND/OR PURCHASE A COMPLETE CERTIFIED COPY OF CERTIFICATION COURT RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Joseph Barnard Hines, movant, in pro se, in the above style and cause numbers and file his motion to inspect, retain, and/or purchase a complete copy of certification court records, pursant to Tex. Fam. Code Ann. § 58.003(h) and will show the court the following:

### I.

Movant was certified and transferred to the 180th district criminal court to stand trial as an adult pursuant to Tex. Fam. Code Ann. § 54.02. Movant was convicted in the 180th district court for the offenses of aggravated robbery at the age of (18) eighteen.

### II.

Movant is requesting for an order to be issued by the Judge of this court to inspect, retain, and/or purchase a certified copy of certification court

EX-A

1.

records pursuant to Tex. Fam. Code Ann. §58.003(h), and requesting such records to contain the following:

1) Any and all motions filed by defense Counsel;

2) Any and all motions filed by the district Attorney's office;

3) Any and all Summons and petitions to be serve on movant and his parent;

4) The order issue Commanding serve of summons;

5) The Courts docket sheet and index sheet;

6) The Courts Order to have movant arrested For finger-printing and photographed;

7) The officers probable Cause affidavit;

8) The Courts Court Clerk records;

9) The Courts Court reporter's records;

#####

Movant has a need for the records requested where he is seeking to File an out-of-time appeal, but is unable to fully prepare without the access to the records on File with this Court.

Wherefore, Movant ~~can~~ respectfully prays this Court grants his motion an issue an order for inspection or purchase.

X _(signature)_

EX-A

2

## Unsworn Declaration

I, Joseph Barnard Hines, #901768, being incarcerated in the Texas Department of Criminal Justice, declare under the penalty of perjury that I am the movant of said certification records requested.

## CERTIFICATE OF SERVICE

I, JOSEPH BARNARD HINES, #901768, hereby certify that this motion to inspect, retain, and/or purchase a complete certified copy of certification court records was mailed by U.S.P.S. to:

> THE CLERK
> JUVENILE COURT DIVISION
> 313th Juvenile Court
> 1200 Congress St.
> Houston, Tx. 77002

EXECUTED on DECEMBER 16, 2014.

X _____
#901768 - Connally
899 F.m. 632
kenedy, Tx. 78119

EX-A

3.

CAUSE NO. 98-00746 J
98-00755 J

IN THE MATTER of      #    IN THE 313th JUVENILE

JOSEPH BARNARD HINES,     #    DISTRICT COURT of

         MOVANT         #    HARRIS COUNTY, TEXAS

## ORDER

On this ___ day of _____, 20__, came to be heard the movant's motion to inspect retain and/or purchase a complete certified copy of certification court records, and after due consideration of the same it is:

GRANTED TO (INSPECT)(RETAIN)(PURCHASE).

It is further ordered that the court clerk inform movant of the courts ruling

DATE:_____

_____
PRESIDING JUDGE

EX-A

4.

Joseph Barnard Hines
#901768 - Connally unit
899 F.m. 632
Kenedy, Tx 78119

The Honorable Judge Devlin Glenn
313th district Court
1200 Congress St.
Houston, Tx 77002

Date: January 15, 2015

Re: REQUESTING FOR A RULING ON MOTION FILED ON
CASE NUMBERS: 98-00746J ; 98-00755J.

TO THE HONORABLE JUDGE DEVLIN GLENN,

I'm writing in form of a request for a ruling on the motion I filed in the above causes, or for an order to be issued to inspect, retain, or purchase the records concerning these case numbers; Which are needed to File an appeal to the order of transfer.

Thank you for your time.

x _Jph B. Hi_

EX-B

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 4 2015

CHRISTOPHER A. PRINE

CLERK

Rec'd
FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

FEB 04 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
2/3/15

JUVENILE CASE NUMBERS
98-00746J : 98-00755J

IN THE MATTER OF                           §        IN THE 14th COURT OF APPEALS

JOSEPH BARNARD HINES,                      §        CASE NO._____

      RELATOR                           §        01-15-105-CV

vs.                                        §        01-15-106-CV

THE HONORABLE JUDGE DEVLIN GLENN,          §

      RESPONDENT

## MOTION FOR LEAVE TO ISSUE WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, JOSEPH BARNARD HINES, Relator, in pro se, and files this motion for leave to file writ of mandamus and request for such motion to be granted as Relator shows the following:

I.

This Court of Appeals has jurisdiction to consider and issue writ of mandamus. PADILLA v. McDANIEL, 122 S.W. 3d 805(TEX.CRIM.APP. 2003).

Relator has petition the 313th district juvenile court to inspect and/or purchase a complete copy of its courts records, and the Respondent refuses to consider and rule on Relator's properly file motion before the court where he has a ministerial duty to rule on motion.

II.

Relator is seeking to appeal the order of transfer, but he cannot properly without access to the records request. Relator has a due process right to be heard.

Wherefore, Relator respectfully prays this Court of Appeals grant his motion for leave to issue writ of mandamus and compel Respondent to consider and rule on pending motion filed on 12-16-14.

executed on   1-31-15

                          x_Joseph Bernard Hines_

1.

## CERTIFICATE OF SERVICE

I,JOSEPH BARNARD HINES,HEREBY CERTIFY THAT THIS MOTION FOR LEAVE TO ISSUE WRIT OF MANDAMUS WAS BY U.S.P.S. TO: THE CLERK OF THE 14th COURT OF APPEALS at 301 FANNIN,SUITE 245,HOUSTON,TX. 77002,and THE SAME WAS MAILED TO THE CLERK OF THE 313th DISTRICT COURT at 1200 CONGRESS ST.,HOUSTON,TX.77002. executed on 1-31-15.

JOSEPH B. HINES#901768
connally unit
899 f.m. 632
Knedy, Tx. 78119

2

Hines # 901768
...4 Unit
Fm: 632
...kenedy, Tx. 78119

LEGAL MAIL

7702206270

SAN ANTONIO TX
RIO GRAN...
02 FEB 2...

THE CLERK of APP...
14th District of ...
301 Fannin, Su...
Houston, Tx. ...

JOSEPH B. Hines # 901768
Connally Unit
899 Fm. 632
kenedy, Tx. 78119

THE Clerk of
14th County of APPEALS
301 Fannin, Suite 245
Houston, Tx. 77002

7700220 6270

LEGAL MAiL